# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MARQUISE HARRIS, | ) |
|    *Plaintiff*, | ) Case No. 3:21-cv-27 |
| v. | ) Judge Travis R. McDonough |
| TDOC COMMISSIONER TONY PARKER, CORPORAL HONEY, MIKE PARRIS, BRANDON FOSTER, and A. MOORE, | ) Magistrate Judge Debra C. Poplin |
|    *Defendants*. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, Defendants' motions (Docs. 26, 28) are **GRANTED**, and this action is **DISMISSED**. Plaintiff's claims against Defendants Moore, Parker, Parris, and Foster are **DISMISSED WITH PREJUDICE**, and his claims against Defendant Honey are **DISMISSED WITHOUT PREJUDICE.**

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the case.

**SO ORDERED.**

                                                                   /s/ *Travis R. McDonough*
                                                                   **TRAVIS R. MCDONOUGH**
                                                                   **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT